May 22, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF A.B., A CHILD

NO. 14-11-00281-CV

_____

This cause, an appeal from the "FINAL ORDER UNDER UNIFORM INTERSTATE FAMILY SUPPORT ACT," signed November 5, 2010, was heard on the transcript of the record. We have inspected the record and find error in portion of the order requiring "RETROACTIVE CHILD SUPPORT" to the extent the trial court found that the retroactive child support should be ordered "as of April 30, 2009". We therefore **REFORM** that portion of the order to change the language "as of April 30, 2009" to "as of October 25, 2010."

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.